

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2018

No. 04-17-00802-CV

**IN THE INTEREST OF L.A.D-L., M.R.D-L., U.A.D-T, AND D.R.D-T, CHILDREN,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00824
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

In this parental rights termination case, the first court-appointed attorney was allowed to withdraw because of a conflict. The trial court appointed new counsel, and we set Appellant's brief due on March 8, 2018.

The day before the brief was due, counsel moved this court to compel the trial court to supplement or correct the appellate record. *See* TEX. R. APP. P. 34.5(c), (d); *id.* R. 34.6(d), (e). Counsel asserts that the order terminating Appellant's parental rights lists as statutory grounds subsections (D), (E), (N), and (O) from section 161.001(b)(1) and section 161.003, but only subsections (D), (E), and (O) and section 161.003 are listed in the judge's handwritten notes. *See* TEX. FAM. CODE ANN. §§ 161.001(b)(1), 161.003 (West Supp. 2017).

"[A] judge's notes are for his or her own convenience and form no part of the record." *In re A.W.,* 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.); *accord In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (per curiam) (mem. op.). The judge's handwritten notes from October 16, 2017, lack the requisites of a final, appealable order; they are for the judge's convenience only. *See L.H.*, 2013 WL 3804585, at *1; *A.W.,* 384 S.W.3d at 873. The trial court's signed, written order of November 17, 2017, controls.

Appellant's motion to correct or supplement the appellate record is DENIED.

Appellant's motion for extension of time to file the brief is GRANTED. Appellant's brief is due on March 28, 2018. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_Patricia O. Alvarez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court